partment. April 6, 1906.) Action by Leo Schlesinger, as receiver, against Samuel Bernstein and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SCHLESINGER, Respondent, v. BLUSSTONE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Action by Leo Schlesinger, as receiver, against Joseph I. Blusstone and others. A. H. Parkhurst, for appellants. S. F. Kneeland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHLESINGER v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Alfred Schlesinger against the Manhattan Railway Company. No opinion. Application denied, with $10 costs. Order signed.

In re SCHMID. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) In the matter of the application of Anton Schmid for the revocation of letters of administration issued to Johanna Ilg on the goods, chattels, and credits of Louise Sprathoff, deceased. No opinion. Motion denied, with $10 costs. See 98 N. Y. Supp. 921.

SCHOENER, Respondent, v. HARTFORD CARPET CORP., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Henry Schoener, an infant, by William Schoener, his guardian ad litem, against the Hartford Carpet Corporation. No opinion. Judgment and order unanimously affirmed, with costs.

SCHROEDER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by George J. Schroeder against Ehler Meyer. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Respondent, v. GREENWOOD CEMETERY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Mary A. Schultz against the Greenwood Cemetery and William Smith. No opinion. Judgment and order unanimously affirmed, with costs.

SEGER, Respondent, v. FARMERS' LOAN & TRUST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by George N. Seger, as administrator, against the Farmers' Loan & Trust Company, impleaded, etc. J. F. Horan, for appellant. J. C. Gulick, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SEIDMAN, Respondent, v. JANOS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Joseph A. Seidman against Morris Janos and Jacob Janos. No opinion. Motion denied, in case the appellants serve their case within five days and pay $10 costs; otherwise, motion granted, with $10 costs.

SEYMOUR, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by John Seymour against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

SHARPLES, Appellant, v. ANGELL, Respondent. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by P. M. Sharples against C. Everett Angell. No opinion. Judgment and order unanimously affirmed, with costs.

SHEDD et al., Appellants, v. LENT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by William T. Shedd, individually and as executor, etc., of William G. T. Shedd, deceased, Margaret S. Gold, Katharine L. Barbour, and John M. Shedd against Orsamus B. Lent and the town of Cortlandt.

PER CURIAM. Interlocutory judgment affirmed, with costs.

MILLER, J., dissents.

SHERMAN v. MATTHIEU et al. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by John C. Sherman, as administrator, etc., of Lucy B. Potter deceased against Eva A. Matthieu and Melissa Robertson. No opinion. Judgment unanimously affirmed, with costs.

SHOLES, Respondent, v. SEAMANS, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Zalmon C. Sholes, as administrator, against Clarence W. Seamans, impleaded, etc. P. Armitage, for appellant. J. A. Dutton, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIMSON, Appellant, v. PARKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by William B. Simson against Charles B. Parker and others. No opinion. Judgment affirmed, with costs.

SKENANDOAA COTTON CO., Respondent, v. FULD & HATCH KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by the Skenandoaa Cotton Company against the Fuld & Hatch Knitting Company. No opinion. Order affirmed, with $10 costs and disbursements.

SLOSS IRON & STEEL CO., Appellant, v. JACKSON ARCHITECTURAL IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by the Sloss Iron & Steel Company against the Jackson Architectural Iron